UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLE M. TUCCI, et al.,<br><br>    Defendant. | No. 2:15-cv-02404-KJM-CMK P<br><br><br><br>ORDER |

In its August 14, 2018 order denying plaintiff's motion for reconsideration, the court provided plaintiff with fourteen additional days to pay the $400.00 filing fee. ECF No. 29. The court noted that plaintiff's failure to pay the filing fee by the deadline would result in dismissal of this action. The fourteen-day deadline has passed, but plaintiff has not paid the filing fee. The court therefore DISMISSES this action without prejudice.

    IT IS SO ORDERED.

DATED: September 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

1